✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF   MASSACHUSETTS

| UNITED STATES<br>V.<br>CAESAR MERCEDES<br>NOEL HERNANDEZ | | | | | **EXHIBIT AND WITNESS LIST**<br><br>Case Number:   04-858-MBB |
|---|---|---|---|---|---|
| PRESIDING JUDGE<br>BOWLER | | | | | PLAINTIFF'S ATTORNEY            DEFENDANT'S ATTORNEY<br>ROBERT PEABODY              M. ANDREWS, P. HORSTMANN |
| TRIAL DATE (S)<br>7/19/04 | | | | | COURT REPORTER            COURTROOM DEPUTY<br>DIGITAL                SACCOCCIO |
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|  |  | 7/19/04 |  |  | SP. AGENT CHRISTOPHER DIORIO |
| 1 |  | 7/19/04 | X | X | AFFIDAVIT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1        Pages